CHARLES SCHUNEMAN and Another v. D. H. TOLMAN.[1]

December 27, 1901.

Nos. 12,761—(169).

Appeal by defendant from a judgment of the municipal court of St. Paul, Hine, J. Affirmed.

Wm. F. Hunt, for appellant.

H. A. Loughran, for respondents.

PER CURIAM.

Defendant's appeal in this case is one of the most frivolous that has ever been presented to this court, and the questions raised are not entitled to any discussion whatever.

The judgment appealed from stands affirmed.